IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>Plaintiff,<br><br>vs.<br><br>GREG D. LEWIS; J. MARVIN; C. ECKLEBARGER, T. FARLEY AND D. THOMAS; WILLIAM BEVERLY, JR.; IRA REINER; C. CARR; JEFFREY GRAY; JUSTICE GEORGE; GEORGE GIURBINO; GREG D. LEWIS; J. MARVIN;<br><br>Defendants. | No. C 12-1508 WHA (PR)<br><br>**ORDER DENYING MOTION TO INTERVENE**<br><br>(Docket No. 20) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. 1983 against state prison officials. His motion to order the California Attorney General to "intervene" is **DENIED**. The California Attorney General is counsel for defendants and there is no basis for ordering her to intervene as a party.

**IT IS SO ORDERED.**

Dated: October 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\SIMMONS1508.MOT.wpd