IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>    Plaintiff,<br><br>  vs.<br><br>GREG D. LEWIS; J. MARVIN; C.<br>ECKLEBARGER, T. FARLEY AND<br>D. THOMAS; WILLIAM BEVERLY,<br>JR.; IRA REINER; C. CARR;<br>JEFFREY GRAY; JUSTICE<br>GEORGE; GEORGE GIURBINO;<br>GREG D. LEWIS; J. MARVIN;<br><br>    Defendants.<br>_____/ | No. C 12-1508 WHA (PR)<br><br>**ORDER DENYING MOTION**<br><br>(Docket No. 51) |

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. 1983 against state prison officials. Plaintiff filed a motion for an extension of time to file a response to defendants' reply brief in support of their motion to dismiss and for summary judgment. No response to the reply brief was ordered, and plaintiff's motion (docket number 51) is **DENIED** as unnecessary.

    **IT IS SO ORDERED.**

Dated: March  19 , 2013.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\SIMMONS1508.MOT.wpd